**Entered on Docket
August 26, 2009**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com,

Wells Fargo Bank, N.A.
09-71565 / 0060600483

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-09-50415-gwz |
| | (Linked to Motion #27) |
| Scott Hurley and Andrea N. Bonta-Hurley | |
| | Date:   5/5/09 |
| | Time: 10:00am |
| | |
| | Chapter 7 |
| Debtor(s). | |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay is granted in the above-entitled bankruptcy proceedings of the subject property generally described as 4795 Deerfield Court, Reno, NV 89509.

**IT IS FURTHER ORDERED, this _____ day of _____, 2009.**

Submitted by:
**WILDE & ASSOCIATES**


By_____
    **GREGORY L. WILDE, ESQ.**
    Attorney for Secured Creditor
    208 South Jones Boulevard
    Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Nathan R. Zeltzer
333 Marsh Ave.
Reno, NV 89509
Attorney for Debtor(s)


APPROVED / DISAPPROVED

_____
C. Geoffry Wilson
10580 N. McCarran Blvd
Suite 115-332
Reno, NV  89503
Chapter 7 Trustee


# # #